**WHIPPLE AZZARELLO, LLC**
John A. Azzarello
Amy V. McClelland
161 Madison Ave., Suite 325
Morristown, NJ 07960
(973) 267-7300
azzarello@whippleazzarello.com
amcclelland@whippleazzarello.com

**HOLLAND & HART LLP**
Paul D. Swanson (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8578
pdswanson@hollandhart.com

*Attorneys for Plaintiff Kaiser Foundation Health Plan of Colorado*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN OF COLORADO, | |
| Plaintiff, | Case No. 3:21-cv-02709 (MAS)(DEA) |
| v. | |
| MARK HALL and MDA GROUP LLC, | |
| Defendants. | |

## JOINT STIPLUATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kaiser Foundation Health Plan of Colorado and Defendants Mark Hall and MDA Group LLC hereby stipulate to the dismissal with prejudice of all claims and proposed counterclaims in this action, each party to bear its own fees and expenses. The parties respectfully request that the Court order the Clerk to close this case.

DATED this 7th day of June, 2022.

Submitted by:

| **FOR PLAINTIFF KAISER FOUNDATION HEALTH PLAN OF COLORADO** | **FOR DEFENDANTS MARK HALL AND MDA GROUP LLC** |
|---|---|
| *s/ John A. Azzarello* <br> John A. Azzarello <br> Amy V. McClelland <br> WHIPPLE AZZARELLO, LLC <br> 161 Madison Ave., Suite 325 <br> Morristown, NJ 07960 <br> (973) 267-7300 <br> azzarello@whippleazzarello.com <br> amcclelland@whippleazzarello.com <br><br> *s/ Paul D. Swanson* <br> Paul Swanson <br> HOLLAND & HART LLP <br> 555 17th Street, Suite 3200 <br> Denver, CO 80202-3921 <br> (303) 295-8000 <br> pdswanson@hollandhart.com | *s/ John J. Zefutie, Jr.* <br> John J. Zefutie, Jr. <br> COLELLA ZEFUTIE LLC. <br> 116 Village Blvd., Suite 200 <br> Princeton, NJ 08540 <br> (609) 551-9771 <br> jzefutie@czlaw.com |